

**Velva L. Price**
**Travis County District Clerk**
**Travis County Courthouse Complex**
**P.O. Box 679003**
**Austin, Texas 78767-9003**

December 22, 2015

Mr. Jeffrey D. Kyle
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

**RE: 03-15-00704-CV;     D-1-GN-14-001701**

Dear Mr. Kyle,

A clerk's record in cause number, D-1-GN-14-001701 and Court of Appeals number 03-15-00704-CV, styled, CHAMPION PRINTING V NICHOLS PHOTOGRAPHERS, is due in your office December 23, 2015. This office has not received payment or a designation of clerk's record as of today, December 22, 2015. However, this clerk spoke with Appellant's attorney on December 21, 2015, and the attorney is waiting on funds for the clerk's record to be received by Appellant's attorney in the beginning of January 2016.

Thank you for your consideration.

If you have any questions, please contact me at (512) 854-5835.

Sincerely,

Trish Winkler
Deputy Court Clerk II
(512) 854-4309

| **Administrative Offices** | **Civil and Family Division** | **Criminal Division** | **Jury Office** |
|---|---|---|---|
| **(512) 854-9457** | **(512) 854-9457** | **(512) 854-9420** | **(512) 854-9669** |
| **fax:  854-4744** | **fax:  854-9549** | **fax:  854-4566** | **fax:  854-4457** |